**FILED**
**Jul 17, 2023**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GILBERTO ARTEAGA ET AL,<br><br>　　　　　　　　Defendants. | CASE NO. 1:23-mj-00081-EPG<br><br>ORDER SEALING ATTACHMENT TO CRIMINAL COMPLAINT |

　　　The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for an attachment to the complaint to remain under seal in order to prevent the destruction of evidence, flight of the target of the investigation, changing in behavior patterns, and harm to witnesses,

　　　IT IS ORDERED that the attachment to the complaint filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: July 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Order Sealing Attachment to Complaint　　　　　　　1