PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO ARTEAGA ET AL.,<br><br>Defendants. | CASE NO. 1:23-CR-00149-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: 8/21/2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**BACKGROUND**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on 8/21/2024.

2.      By this stipulation, defendants now move to vacate the status conference and set a trial on 7/15/2025, and to exclude time between 8/21/2024, and 7/15/2025, under 18 U.S.C. § 3161(h)(7)(A), B (i), (iv).

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes cellphone extractions, investigative reports, and various media evidence. These materials have been produced to the defense and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time consult with their clients, review the

voluminous discovery, conduct independent investigation, and pursue a potential pretrial resolution of the case.  In addition, the government and defense counsel have been in plea negotiations and the government is finalizing plea offers for all defendants.

    c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of 8/21/2024 to 7/15/2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) because failure to grant the continuance would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 9, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  August 9, 2024          /s/ Miles Harris
                                             Miles Harris
                                             Counsel for Defendant
                                             Gilberto Arteaga

Dated:  August 9, 2024          /s/ Melissa Baloian
                                             Melissa Baloian
                                             Counsel for Defendant
                                             Juan Castro

Dated:  August 9, 2024          /s/ Michael G. McKneely
                                             Michael G. McKneely
                                             Counsel for Defendant
                                             Shannon Calhoun

Dated:  August 9, 2024          /s/ Richard A. Beshwate
                                             Richard A. Beshwate
                                             Counsel for Defendant
                                             Richard Garcia

`

**ORDER**

IT IS SO ORDERED.


DATED: 8/14/2024           *Sheila K. Oberto*
                                    THE HONORABLE SHEILA K. OBERTO
                                    UNITED STATES MAGISTRATE JUDGE