LAW OFFICE OF MILES A. HARRIS
Miles A. Harris, CA SBN 247288
2115 Kern Street Suite 101M
Fresno, California 93721
(559) 492-9572
miles@defendmefresno.com

Attorney for Defendant
Gilberto Arteaga

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GILBERTO ARTEAGA,<br><br>　　　　　　　　Defendant. | CASE NO.  1:23-CR-00149-JLT-SKO<br><br>STIPULATION TO RESET SENTENCING HEARING; ORDER |

**STIPULATION**

Defendant Gilberto Arteaga, by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing hearing on September 2, 2025.

2. By this stipulation, defendant and government request that the sentencing hearing be rescheduled and reset to November 3, 2025 at 9:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) Additional time is needed to allow both parties the opportunity to provide the Court materials necessary to appropriately complete sentencing in Defendant Arteaga's matter.

　　b) Failure to grant the above-requested continuance would deny the parties reasonable time necessary for effective preparation in providing all necessary and relevant material to the court for its consideration, taking into account the exercise of due diligence.

　　c) The government has no objection to the rescheduling and resetting of the sentencing date.

IT IS SO STIPULATED.

Dated: August 6, 2025

/s/ Miles A. Harris
Miles A. Harris
Counsel for Defendant
Gilberto Arteaga

Dated: August 6, 2025

KIMBERLY SANCHEZ
United States Attorney

/s/ Justin Gilio
Justin Gilio
Assistant United States Attorney

**ORDER**

For the reasons set forth, the Court finds there is good cause to reset the sentencing date to allow both parties the opportunity to provide to the Court materials necessary to appropriately complete sentencing in Defendant Arteaga's matter. The Court further finds that the interests of justice are served by granting the continuance. Therefore, for good cause shown:

The sentencing date previously set for September 2, 2025, is rescheduled and reset to the date of November 3, 2025, at 9:00 a.m. before District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **August 11, 2025**

[signature: Jennifer L. Thurston]
UNITED STATES DISTRICT JUDGE