1  LAW OFFICE OF MILES A. HARRIS
   Miles A. Harris, CA SBN 247288
2  2115 Kern Street Suite 101M
   Fresno, California 93721
3  (559) 492-9572
   miles@defendmefresno.com
4
   Attorney for Defendant
5  Gilberto Arteaga

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00149-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO RESET SENTENCING HEARING; ORDER |
| v. | |
| GILBERTO ARTEAGA, | |
| Defendant. | |

**STIPULATION**

Defendant Gilberto Arteaga, by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing on November 3, 2025.

2. By this stipulation, Defendant and the Government request that the sentencing hearing be rescheduled and reset to February 23, 2026, at 9 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Additional time is necessary to complete ongoing preparation and ensure both parties can provide the Court with all materials necessary for a full and accurate sentencing determination.

    b) Continuing the sentencing hearing to February 23, 2026, at 9:00 a.m. will allow sufficient time for preparation and promote the efficient and fair conduct of the proceedings.

    c) Failure to grant the requested continuance would deny the parties reasonable time for effective preparation, despite the exercise of due diligence.

d) The Government has no objection to the rescheduling and resetting of the sentencing date.

IT IS SO STIPULATED.

Dated: October 10, 2025

/s/ Miles A. Harris
Miles A. Harris
Counsel for Defendant
Gilberto Arteaga

Dated: October 10, 2025

MICHELE BECKWITH
United States Attorney

/s/ Justin Gilio
Justin Gilio
Assistant United States Attorney

`

**ORDER**

The Court has read and considered the parties' stipulation to reschedule and reset the sentencing date of Defendant Gilberto Arteaga. The Court finds there is good cause to reset the sentencing date in order to allow both parties the opportunity to provide to the Court materials necessary to appropriately complete sentencing in Defendant Arteaga's matter. The Court further finds that the interests of justice are served by granting the continuance.

Therefore, for good cause shown:

IT IS HEREBY ORDERED that the sentencing hearing previously set for November 3, 2025, is continued to February 23, 2026, at 9:00 a.m., before District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **October 14, 2025**

UNITED STATES DISTRICT JUDGE